UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
MARIA LAMBROS,

   Plaintiff,

-against-

SHORE TOWERS CONDOMINIUM,

   Defendant.
---------------------------------------X

Docket No. 04 CV 352

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant, an incompetent person for whom a committee has been appointed, a conservatee or an alleged incapacitated person for whom a guardian has been appointed, the within action against defendants be and the same hereby are discontinued in its entirety with prejudice and without costs to any party.

  A facsimile signature on this Stipulation shall be deemed to be an original signature for purposes of this Stipulation.

Dated: New York, New York
   Oct. 19, 2005

*Maria Lambros*
Maria Lambros, Pro Se
20-73 Shore Boulevard, Unit # 1-C
Astoria, New York, 11105
(718) 726-4109

KAGAN LUBIC LEPPER LEWIS
GOLD & COLBERT, LLP

By: _____
Joseph G. Colbert   (JG-6240)
Attorneys for Defendant
200 Madison Avenue, 24th FL
New York, New York 10016
(212) 252-0300

SO ORDERED

JSNJ 10/24/05